NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-0858

TAMMY JO EBARB

VERSUS

REGGIE LEE EBARB

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 51,254
HONORABLE CHARLES B. ADAMS, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Oswald A. Decuir, and Jimmie C. Peters, Judges.

AFFIRMED.

Charles D. Soileau
Soileau & Garcie, L.L.C.
730 San Antonio Avenue
Many, LA 71449
(318) 256-0076
Counsel for Defendant/Appellee:
    Reggie Lee Ebarb

**James S. Seaman**
**Attorney at Law**
**860 Washington St.**
**Natchitoches, LA 71457**
**(318) 352-4449**
**Counsel for Plaintiff/Appellant:**
**Tammy Jo Ebarb**